ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta
OCT 19 2016
JAMES N. HATTEN, Clerk
By: ___ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA | Criminal Indictment |
|---|---|
| v. | |
| DERICK JOSEPH | No. 1:16-CR-0366 |

THE GRAND JURY CHARGES THAT:

### Count One

On or about May 12, 2016, in the Northern District of Georgia, the defendant, DERICK JOSEPH, in and affecting interstate and foreign commerce and through the use of the telephone and another instrument of interstate and foreign commerce, maliciously conveyed false information knowing the same to be false, concerning an alleged attempt being made unlawfully to damage and destroy a building by means of an explosive, and willfully made a threat unlawfully to damage and destroy a building, that is, DERICK JOSEPH called the Walmart located at 8424 Mall Parkway, Lithonia, Georgia 30038, and stated that there was a bomb in the building, when he knew the same to be false, and that he was going to blow up the store, in violation of Title 18, United States Code, Section 844(e).

### Count Two

On or about May 12, 2016, in the Northern District of Georgia, the defendant, DERICK JOSEPH, in and affecting interstate and foreign commerce and through the use of the telephone and another instrument of interstate and foreign

commerce, willfully made a threat unlawfully to damage and destroy a building, that is, DERICK JOSEPH called the Walmart located at 1801 Howell Mill Road NW, Atlanta, Georgia 30318, and stated that he was going to blow up the building, in violation of Title 18, United States Code, Section 844(e).

## Count Three

On or about May 12, 2016, in the Northern District of Georgia, the defendant, DERICK JOSEPH, in and affecting interstate and foreign commerce and through the use of the telephone and another instrument of interstate and foreign commerce, maliciously conveyed false information knowing the same to be false, concerning an alleged attempt being made unlawfully to damage and destroy a building by means of an explosive, that is, DERICK JOSEPH called the Walmart located at 6065 Jonesboro Road, Morrow, Georgia 30260, and stated that two bombs were inside the store, when he knew the same to be false, in violation of Title 18, United States Code, Section 844(e).

A _____TRUE_____ BILL

_____/s/_____
FOREPERSON

JOHN A. HORN
*United States Attorney*

/s/
BRET R. HOBSON
*Assistant United States Attorney*
Georgia Bar No. 882520
600 U.S. Courthouse, 75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181